UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES                                    CRIMINAL ACTION

VERSUS                                           NO: 10-202

STEVEN EARL HARDRICK                             SECTION: R

## ORDER AND REASONS

Before the Court is defendant's motion for funds to test his intelligence quotient.[1] For the following reasons, defendant's motion is denied.

Steven Hardrick is under federal indictment charging him with, *inter alia*, multiple murders, a drug trafficking conspiracy, a conspiracy to posses firearms, carjacking resulting in death, and multiple counts of being a felon in possession of a firearm.[2]

The defendant now requests this Court to provide funding to test his intelligence IQ.[3] The defense requests $5,000 to hire an expert to conduct a test "to indicate to what extent [Hardrick] is able to capably review recorded conversations for *Brady* and

---

[1]     R. Doc. 174.

[2]     R. Doc. 67.

[3]     R. Doc. 174.

*Giglio* material."[4]

At the outset, defendant is not making any claim that he is incompetent to stand trial or that his intelligence quotient is relevant to any issue at trial. Further, the defense counsel has been interviewing the defendant for over two years and therefore has had ample opportunity to determine whether his intelligence should be tested and to have it tested. Finally, the budgets in this case have included funds for experts, which could have been used on a timely basis for this purpose. At this point, one week before trial, this motion serves no purpose but delay. For the foregoing reasons, the defendant's motion is meritless and is therefore denied.

New Orleans, Louisiana, this 25th day of October, 2012.

_____
SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

---

[4]    R. Doc. 174-1 at 2.